HARRY VAN ARSDALE, JR., Appellant and Respondent, v. TIME, INCORPORATED, Respondent and Appellant.— 

No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.